# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LAMKIN, STEPHEN JAMES | § | Case No. 09-70309 |
| LAMKIN, LORI ANN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 02, 2009. The undersigned trustee was appointed on February 02, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        8,000.93

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 6.36 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 7,994.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 08/04/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,550.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,550.09, for a total compensation of $1,550.09. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $33.30, for total expenses of $33.30.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2009          By:/s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70309
**Case Name:** LAMKIN, STEPHEN JAMES
LAMKIN, LORI ANN
**Period Ending:** 09/14/09

**Trustee:** (330400)    JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 02/02/09 (f)
**§341(a) Meeting Date:** 03/05/09
**Claims Bar Date:** 08/04/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A single family tri-level residence, Stonefield | 127,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Chase, PO Box 260180, Bato | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Capital One Direct Banking, | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with American Nickeloid Employee | 35.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Alpine Bank, Rockford, IL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods and Funishings located at 944 St | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 35 Precious Moments figurines, 10 Willow Tree Fi | 125.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothes located at 944 Stonefield Lane, Rockford | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 wedding rings, costume jewelry, 2 watches loca | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) Plan with Experian, Fidelity Investments, | 44,789.02 | 0.00 | DA | 0.00 | FA |
| 11 | IRA with Fidelity Investmenets, PO Box 770001, C | 10,939.42 | 0.00 | DA | 0.00 | FA |
| 12 | 2008 Federal and State Tax Refunds | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Honda Odyssey Van located at 944 Stonefield | 4,425.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 Buick LaSabre located at 944 Stonefield Lan | 1,375.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1997 Toyota Camry located at 944 Stonefield Lane | 988.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1/4 remainderman interest in Single Family resid | 0.00 | 8,000.00 | | 8,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.93 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $194,906.44 | $8,000.00 | | $8,000.93 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** August 14, 2009 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-70309 |
| **Case Name:** | LAMKIN, STEPHEN JAMES |
| | LAMKIN, LORI ANN |
| **Taxpayer ID #:** | 54-6838597 |
| **Period Ending:** | 09/14/09 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***.*****47-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/09 | {16} | Lori and Stephen Lamkin | 1/4 interest in remainderman | 1110-000 | 8,000.00 | | 8,000.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 8,000.13 |
| 06/05/09 | | To Account #********4766 | Bond premium pymt | 9999-000 | | 6.36 | 7,993.77 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 7,994.11 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,994.44 |
| 08/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 | | 7,994.57 |
| 08/13/09 | | To Account #********4766 | Prep. of F. Rpt (under $10,000) | 9999-000 | | 7,994.57 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 8,000.93 | 8,000.93 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,000.93 | |
| **Subtotal** | 8,000.93 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.93** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-70309 |
| Case Name: | LAMKIN, STEPHEN JAMES |
| | LAMKIN, LORI ANN |
| Taxpayer ID #: | 54-6838597 |
| Period Ending: | 09/14/09 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****47-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #********4765 | Bond premium pymt | 9999-000 | 6.36 | | 6.36 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #09-70309, Bond #016018067 | 2300-000 | | 6.36 | 0.00 |
| 08/13/09 | | From Account #********4765 | Prep. of F. Rpt (under $10,000) | 9999-000 | 7,994.57 | | 7,994.57 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 8,000.93 | 6.36 | $7,994.57 |
| Less: Bank Transfers | 8,000.93 | 0.00 | |
| Subtotal | 0.00 | 6.36 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6.36 | |

| | |
|---|---|
| Net Receipts : | 8,000.93 |
| Net Estate : | $8,000.93 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 8,000.93 | 0.00 | 0.00 |
| Checking # ***-*****47-66 | 0.00 | 6.36 | 7,994.57 |
| | $8,000.93 | $6.36 | $7,994.57 |

{} Asset reference(s)

Printed: 09/14/2009 08:49 AM    V.11.50

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: August 4, 2009

Case Number: 09-70309
Debtor Name: LAMKIN, STEPHEN JAMES

Page: 1

Date: September 14, 2009
Time: 08:49:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,550.09 | $0.00 | 1,550.09 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $33.30 | $0.00 | 33.30 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $765.00 | $0.00 | 765.00 |
| 1<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $15,566.30 | $0.00 | 15,566.30 |
| 2<br>610 | PYOD LLC its successors and assigns as<br>assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $8,029.02 | $0.00 | 8,029.02 |
| 3<br>610 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $4,809.30 | $0.00 | 4,809.30 |
| 4<br>610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $2,618.48 | $0.00 | 2,618.48 |
| 5<br>610 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $52,258.56 | $0.00 | 52,258.56 |
| 6<br>610 | Recovery Management Systems<br>Corporation<br>For GE Money Bank,dba JCPENNEY CREDIT<br>SERVICES,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $259.15 | $0.00 | 259.15 |
| 7<br>620 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $10,833.69 | $0.00 | 10,833.69 |
| << Totals >> | | | | 96,722.89 | 0.00 | 96,722.89 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-70309
Case Name: LAMKIN, STEPHEN JAMES
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,550.09 | $ 33.30 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 765.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,540.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 15,566.30 | $ 1,052.07 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 8,029.02 | $ 542.65 |
| 3 | CHASE BANK USA | $ 4,809.30 | $ 325.04 |
| 4 | Chase Bank USA,N.A | $ 2,618.48 | $ 176.97 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 52,258.56 | $ 3,531.94 |
| 6 | Recovery Management Systems Corporation | $ 259.15 | $ 17.51 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 10,833.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,833.69 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009)