UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: LAMKIN, STEPHEN JAMES § | Case No. 09-70309 |
| LAMKIN, LORI ANN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/04/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2009    By: /s/JOSEPH D. OLSEN
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LAMKIN, STEPHEN JAMES | § | Case No. 09-70309 |
|       LAMKIN, LORI ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 8,000.93

*and approved disbursements of*   $ 6.36

*leaving a balance on hand of* [1]   $ 7,994.57

Claims of secured creditors will be paid as follows:

*Claimant*                                   *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,550.09 | $ 33.30 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 765.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*               *Fees*               *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,540.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 15,566.30 | $ 1,052.07 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 8,029.02 | $ 542.65 |
| 3 | CHASE BANK USA | $ 4,809.30 | $ 325.04 |
| 4 | Chase Bank USA,N.A | $ 2,618.48 | $ 176.97 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 52,258.56 | $ 3,531.94 |
| 6 | Recovery Management Systems Corporation | $ 259.15 | $ 17.51 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 10,833.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,833.69 | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 1              Date Rcvd: Oct 07, 2009
Case: 09-70309                Form ID: pdf006             Total Noticed: 25
```

The following entities were noticed by first class mail on Oct 09, 2009.
```
db/jdb        +Stephen James Lamkin,   Lori Ann Lamkin,   944 Stonefield Lane,   Rockford, IL 61108-2591
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +Raymond R. Nolasco,   3815 Progress Blvd., Suite A,   Peru, IL 61354-1188
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13486218      +American Nickeloid Employees CU,   851 First Street,   La Salle, IL 61301-2507
13486219      +Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
13486220      +Bank of America,   PO Box 15027,   Wilmington, DE 19850-5027
13486221      +Bergner's,   Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
13953525      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13486222      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13486223      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14081019      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
13486224      +CitiFinancial Services, Inc,   Bankruptcy Dept.,   PO Box 140489,   Irving, TX 75014-0489
13486225      +Countrywide Bank,   400 Countrywide Way,   Simi Valley, CA 93065-6298
13486226      +Countrywide Bank HELCO,   400 Countrywide Way,   Simi Valley, CA 93065-6298
14270908       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
13486228      +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
13486229       JCPenney c/o GE Money Bank,   Attn: Bankruptcy Dep,   PO Box 103104,   Roswell, GA 30076
13925215      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13486231      +Sears Card,   PO Box 6282,   Sioux Falls, SD 57117-6282
```

The following entities were noticed by electronic transmission on Oct 07, 2009.
```
13889557       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2009 04:37:09      DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
13486227       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 08 2009 04:37:09      Discover Card,   12 Reads Way,
                New Castle, DE 19720
13546342       E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2009 04:23:49      GE Money Bank,
                c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
13486230      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 08 2009 04:24:03      Kohl's,   PO Box 3043,
                Milwaukee, WI 53201-3043
14271045      +E-mail/PDF: rmscedi@recoverycorp.com Oct 08 2009 04:23:49
                Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2009**      **Signature:** *Joseph Speetjens*